IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TERRELL BATTLE,

      Appellant,

v.                               Case No.  5D23-657
                                   LT Case No. 2015-CF-6675-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 2, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Meredith Charbula, Judge.

Terrell Battle, Lake City, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


WALLIS, KILBANE and MACIVER, JJ., concur.